Michael R. Mordaunt, Esq., Bar No. 66911
Richard J. Sordello, Jr., Esq., Bar No. 155068
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULTEN IYIGOR,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, DOES 1 TO 25,<br><br>    Defendant(s). | Case No. 2:17-CV-02492-TLN-EFB<br><br>**STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |

    The taking of the deposition of plaintiff having been delayed due to difficulties in securing a Turkish interpreter and plaintiff having now noticed various depositions of employees of defendant TARGET CORPORATION, and said depositions being very difficult or impossible to complete before the current discovery deadline due to scheduling issues,

    The parties in this matter wish to obtain a brief extension of the discovery deadline in this matter because the current deadlines do not allow sufficient time for plaintiff to complete the remaining depositions of defendant TARGET CORPORATION'S employees and the parties to adequately prepare expert disclosures, or prepare for trial.

    THEREFORE, the parties hereby stipulate and agree that the court's Scheduling Order relative to this matter shall be modified as follows:

    1. All dispositive motions shall be heard no later than December 18, 2019.

    2. All discovery, with the exception of expert discovery, shall be completed by June 26, 2019.

1

STIPULATION FOR EXTENSION OF DEADLINES AND ORDER

3. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 21, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 19, 2019.

Dated: April 16, 2019                MILLER INJURY ATTORNEYS

By: /s/ John C. Miller, Esq  
    John C. Miller, Jr., Esq.  
    Attorneys for Plaintiff  
    GULTEN IYIGOR

Dated: April 16, 2019                RIGGIO MORDAUNT & KELLY

By: /s/ Richard J. Sordello, Jr. Esq.  
    Richard J. Sordello, Jr. Esq.  
    Attorneys for Defendant  
    TARGET CORPORATION

STIPULATION FOR EXTENSION OF DEADLINES AND ORDER

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. All dispositive motions shall be heard no later than **December 19, 2019.**
2. All discovery, with the exception of expert discovery, shall be completed by June 26, 2019.
3. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 21, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 19, 2019.

Dated: April 17, 2019

Troy L. Nunley
United States District Judge

STIPULATION FOR EXTENSION OF DEADLINES AND ORDER